FILED

09/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 14-0356

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 14-0356

_____

IN RE THE PROPOSED REVISIONS
TO THE RULES OF THE JUDICIAL             O R D E R
STANDARDS COMMISSION

_____

The Judicial Standards Commission has proposed revisions to their administrative rules. The Court's Order of August 26, 2024, gave a deadline of September 6, 2024, for the public to provide comments. It has come to the Court's attention that that more time is required for public comment. Therefore,

IT IS ORDERED that the comment period is hereby extended to Monday, September 23, 2024, to give all members of the bench and bar of Montana and any other interested persons the opportunity to file with the Clerk of this Court appropriate comments and/or suggestions to the proposed revisions to the Rules of the Judicial Standards Commission. The Court will consider the proposed rules at a public meeting on Tuesday, September 24, 2024, at 1:00 p.m.

IT IS FURTHER ORDERED that this Order shall be posted on the websites of the Montana Judicial Branch and the State Bar of Montana. The State Bar of Montana is further requested to give notice of this Order and in the next available issue of *The Montana Lawyer*.

IT IS FURTHER ORDERED that the Clerk of this Court shall provide copies of this Order to all members of the Judicial Standards Commission, to the State Bar of Montana, and to each District Court Judge and each Clerk of the District Court with a request that each Clerk of the District Court make the Order available for public review in the Office of the Clerk of the District Court.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2024